UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ADRIAN STANCZAK | ) | Case No. 23 B 04077 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

 **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 05, 2023 10:30 am, for the following:

 Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Debtor to provide the Trustee with copies of their 2018 or 2022 income tax returns.

 Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend schedule D to add debtor's residential homeowners association.

 Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to properly fill out Section 5.1. Debtor to uncheck the first box and remove the dollar amount.

 **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: May 04, 2023                     /s/ Thomas H. Hooper

                                    Thomas H. Hooper
                                    Chapter 13 Trustee
                                    55 E. Monroe St., Suite 3850
                                    Chicago, IL 60603
                                    (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  ADRIAN STANCZAK | ) | Case No. 23 B 04077 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

ADRIAN STANCZAK  (via U.S. Postal Service)
1009 HUNTINGTON DR
ELK GROVE VILLAGE, IL 60007
*Debtor*

Dated: May 04, 2023

/s/ Chris Domann

Chris Domann
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900